# EXHIBIT G

902 BROADWAY, 3RD FLOOR  
NEW YORK, NY 10010  USA  
W  WWW.CORBIS.COM  
E  INFO@CORBIS.COM  
P  +1.212.777.6200  
F  +1.212.533.4034

**corbis.**

December 16, 2004

Caroline Anderson  
Steven Diamond  
Scholastic  
Scholastic Library Publishing  
568 Broadway  
New York, N.Y. 10012-3225

### RE: PREFERRED PRICING AGREEMENT

Dear Steven,

Effective the 1st day of October, 2004, ("Effective Date") this agreement ("The Agreement") sets forth the understanding between Corbis Corporation ("Corbis") and Scholastic Inc. and Scholastic Library Publishing ("Scholastic") with respect to future licensing by Scholastic of images from the Corbis Collection (the "Images").

This agreement supersedes any and all prior agreements and discussions between and Scholastic (to include Grolier and Children's Press/Franklin Watts, however licensing by the Grolier Reference division is not included under this Agreement). **All information contained in this agreement is confidential.**

### TERMS OF LICENSE

**Usage:**

[REDACTED]

**Image Pricing:**

**Books (North American distribution in the English language):**

| Usage | Price per Image | | | | |
|---|---|---|---|---|---|
| | up to 25,000 | up to 50,000 | 51,000 - 100,000 | 101,000 - 500,000 | 501,000 - 1 million |
| [REDACTED] | | | | | |

Initials:  
You:   
Corbis:

**Book Set "Sleeve" use:**

| Usage | Price per Image | | |
|---|---|---|---|
| | up to 25,000 | up to 50,000 | 50,001 -100,000 |
| ■ | ■ | ■ | ■ |

**Magazines:**

| Usage | Price per Image | | | |
|---|---|---|---|---|
| | NORTH AMERICAN ENGLISH | | | |
| | Up to 100,000 | 100,000 - 250,000 | 250,000 - 500,000 | 500,000 - 1 million |
| ■ | ■ | ■ | ■ | ■ |

**Educational Posters for classroom use:**

| Usage | Price per Image |
|---|---|
| ■ | ■ |

**Electronic use only:**

| Usage | Price per Image |
|---|---|
| ■ | ■ |

| Usage | Price per Image |
|---|---|
| ■ | ■ |



**"No Child Left Behind" projects:**

| Usage | Price per Image |
|---|---|
| ■■■ | ■■■ |

**Scholastic Book Fairs:**

| Usage | Price per Image |
|---|---|
| ■■■ | ■■■ |

**Marketing use (limited to brochures and mailers):**

Print runs limited to 20,000:

| Usage | Price per Image |
|---|---|
| ■■■ | ■■■ |

Print runs limited to 50,000:

| Usage | Price per Image |
|---|---|
| ■■■ | ■■■ |

Print runs limited to 100,000:

| Usage | Price per Image |
|---|---|
| ■■■ | ■■■ |

Print runs limited to 200,000:

| Usage | Price per Image |
|---|---|
| ■■■ | ■■■ |

Initials
You:
Corbis:


**Promotional Use:**

███████████████████████████████████████████

**Re-use Fees:**

███████████████████████████████████████████

**Royalty Free Images:**

███████████████████████████████████████████

**Minimum Commitment:**

███████████████████████████████████████████

**Motion:**

███████████████████████████████████████████

**Terms & Conditions for Volume-based Pricing:**

    Attached hereto is a copy of Corbis' current Terms & Conditions ("T&C"). In the event there is a conflict between the T&C, the Corbis invoice, and this letter Agreement, the unique terms of this letter Agreement will govern.

**Research and Production Fees:**

███████████████████████████████████████████

Page 4 of 9

Initials:
You: [initials]
Corbis: [initials]

**Image Credits:**

**Term of Agreement:**

This Agreement will be in effect for two (2) years commencing on the Effective Date.

**Special Service Fees:**

| Fee Description | Price per Request |
| --- | --- |
| | |

**Excluded and Premium Images:**

Initials:
You: NK  SC
Corbis:

**Third Party Clearances:**

**Sensitive Subject Clearances:**

**Audit Rights:**

**Invoicing/Usage Notification:**

Initials:
You: WK JC
Corbis:

If these terms meet with your understanding, kindly have an authorized representative from Scholastic sign and return two (2) copies to my attention. I will return an executed copy for your files.

Sincerely,

Suzanne Weller
Corbis

Attachment A – Terms & Conditions

**ACCEPTED AND AGREED**:

**CORBIS CORPORATION**

*Susan McDonald*
Sue McDonald
Sr. Vice President and CFO

Date: *1-18-05*

**Scholastic Inc.**

*[signature]*
Will Kefauver
Vice President, Corporate Graphic Systems

Date: *1/06/05*

**Scholastic Library Publishing**

_____
Jackie Carter
Publisher, Vice President
Date: _____

G:\!Agmt\!PPAs\Scholastic\Scholastic PPA 2004\Scholastic PPA 2004 FINAL.doc

## Attachment A:
## Corbis Traditional Licensing Terms and Conditions

ase review this document carefully and thoroughly and contact Corbis tomer service or your account representative if you do not understand s Agreement, if you wish to use an Image in a manner not permitted der this Agreement, or have any questions. The following terms and ditions apply to your access and use of all material and Images from rbis.

**ndard Terms and Conditions:** The Corbis invoice is incorporated by erence into this Agreement, and all references to the Agreement shall lude the Corbis Invoice. Along with the Corbis invoice, these terms stitute a binding agreement ("Agreement") between you and Corbis rporation. If you are entering into this Agreement on your employer's half, this Agreement applies both to your employer and to you. By taining any Image(s) or any material from Corbis directly or via the line site, you agree to be bound by this Agreement. If you choose not be bound, do not use Corbis' site or download or use any Images.

**e of Images:** "Images" means all images and related informational terials in any medium furnished by Corbis hereunder, including ated text, captions, or information.

u agree to payment for the license of the Image according to the ms of the Invoice and this Agreement. You are required to pay for all ages that you obtain, regardless of whether you use them, unless you ply with the return/credit provisions of this Agreement. Except as cified in the Corbis invoice, Images obtained from Corbis are licensed a non-transferable, one-time, non-exclusive basis, and are strictly ited to the use, medium, time period, print run, placement, size of age, territory, and any other restrictions indicated in the invoice or tained on Corbis' online site, and are licensed for use within one year m the date of the invoice, or sixty (60) days for internal evaluations omps").

**ted Restrictions:** *Images may contain listed restrictions, luding without limitation restrictions as to time, manner, ustry and territory of use, and pre-approval by a depicted rson or their representative.* Your ability to access an Image does t in itself entitle you to use that Image. Use of any Image contrary to isted restriction is prohibited. If you do not understand or are unsure to any restriction, you must contact Corbis prior to download or use of y Image.

**ense granted by Corbis:** Unless otherwise specified in a separate iting signed by Corbis, your reproduction of Images is limited to (i) ernal evaluation or comps, or (ii) the specific use described in your oice, which together with these terms shall constitute the full license nted. Additional restrictions indicated on Corbis' online site or in the oice may contain limitations on your use, medium, time period, print , placement, size of Image, territory, and any other restrictions. Any nse granted by Corbis is conditioned upon (i) your meeting all ditions and restrictions imposed by Corbis, and (ii) Corbis' receipt of l payment by you for such use as invoiced by Corbis. Your failure to ke full payment when due shall terminate any license granted to you d entitles Corbis to pursue all remedies available under copyright laws. u may not otherwise make, use or distribute copies of any Images for y purpose except as authorized. Corbis reserves all rights to the ages, and you do not acquire any copyright, ownership or equivalent hts in or to any Image as a result of any license Corbis grants to you.

e limited license granted to you is personal and non-transferable; cept to an affiliate or parent or in connection with a consolidation, rger or sale of all or substantially all of your assets upon notice to rbis, the work you produce incorporating the Image must be for your n use or for the use of your direct employer. If you are licensing an age on behalf of or for use by a client, that client must be the sole end r of your work. You may not sell, rent, loan, give, sublicense or erwise transfer to anyone the Image or any right to reproduce the age (except insofar as it has been incorporated by you into the rmitted use as stated in the invoice).

**rage of Images:** You may place Images on your internal computer twork for a limited time, provided you limit access to the Images to se having a bona-fide need to facilitate production or creation of any licensed use, but you shall not otherwise distribute or permit access to any Images. Following your licensed use, you agree to cease use of all Images and delete/destroy any digital copies within fifteen (15) days. You agree not to store or maintain any archive of any Image in any format or medium unless your invoice with Corbis permits re-use, whereupon you may store Images solely as permitted by such invoice. This section shall survive termination of the Agreement.

**No Alterations:** Special ethical considerations apply to editorial, news, and fine art Images. When using such Images, you may not make or permit any modifications to or alterations of the Images (except for standard color correction or minor cropping for space limitations) or to the caption information unless specifically agreed in writing by Corbis.

**Model and Property Releases/Clearances:** *The rights Corbis grants to you do not include a license to any persons, places, property, or subject matter depicted in an Image, which may be subject to copyrights, trademarks, rights of publicity, moral rights, property rights or other rights belonging to third persons. You shall assume that no model or property releases, or other releases or licenses exist in connection with any of the Images, unless specifically stated in a separate writing by Corbis. Corbis makes no representations or warranties that it owns or licenses any rights nor does Corbis grant you any rights including copyright, trademarks, or rights of publicity belonging to any person, place, property, or subject matter depicted in any Image. Further, Corbis makes no representation or warranty as to the accuracy of any information provided with the Images. You are solely responsible for determining whether your use of any Image requires the consent of any third party or the license of any additional rights, and you should not rely solely on the information provided by Corbis. If you are unsure whether additional rights are needed for your use, you are responsible for consulting with competent legal counsel.*

An Image designated as "model released" means that the person depicted in the Image has signed a release permitting reproduction of the Image depicting such person, subject to the restrictions contained in this Agreement, including without limitation sensitive subject uses. If Corbis erroneously advises you that an Image is model-released when it is not, Corbis shall indemnify and hold you harmless from and against any and all liability, damages, and costs arising out of such erroneous information. If an Image depicts a person and is used in a manner that implies the use or endorsement of a product or service by that model, you must indicate that the person depicted is a model and used only for illustrative purposes. Any license granted by Corbis is conditioned upon your obtaining all necessary third-party rights, releases and permissions. You agree to provide Corbis with proof of such releases and permissions upon request.

**Unauthorized Use:** Without limitation, Images may not be utilized as a trademark or service mark, or for any pornographic use, unlawful purpose or use, or to defame any person, or to violate any person's right of privacy or publicity, or to infringe upon any copyright, trade name, trademark, or service mark of any person or entity. Unauthorized use of these Images constitutes copyright infringement and shall entitle Corbis to exercise all rights and remedies under applicable copyright law, including an injunction preventing further use and monetary damages against all users and beneficiaries of the use of such Images. Corbis in its sole discretion reserves the right to bill you (and you hereby agree to pay) ten (10) times the normal license fee for any unauthorized use, or any other fees, damages, or penalties Corbis may be entitled to under this Agreement or applicable law. The foregoing is not a limiting statement of Corbis' rights or remedies in connection with any unauthorized use.

**Sensitive Subjects:** *Any license granted by Corbis shall not constitute a representation that an Image is compatible for use with any other material. You are solely responsible for the use of any Image in combination with any other material,* and you agree not to use Images with sensitive topics without Corbis' separate written agreement. Sensitive topics include, without limitation, topics

Initials:
You: [initials]
Corbis: [initials]

t may depict the subject matter of a negative or unfavorable light or subject persons to ridicule, and topics regarding all ual issues, substance abuse, physical or mental abuse, alcohol, drugs, acco, AIDS, cancer, or serious physical or mental ailments, or the paragement of a person or product. Certain Images may be available use with sensitive subjects for an additional fee. You must contact rbis for additional information prior to any use of an Image with any sitive topic.

yment: Prices for use of Images shall be determined solely by Corbis; ou are unsure as to the price applicable to your intended use, you st contact Corbis prior to obtaining an Image. Payment is due within rty (30) days after your receipt of an invoice or the date specified in invoice, whichever comes first. A late payment charge of one and e-half percent (1.5%) per month may be added to any unpaid balance er ninety (90) days. The maximum amount permitted by state law ll be imposed on each returned check.

xes: You are responsible for the payment of all sales and use tax, en applicable. Corbis does not accept resale certificates without prior itten approval and at Corbis' discretion.

ncellations: If you cancel rights granted in the Invoice within seven business days from the date of the invoice, you will be charged a $50 nsaction fee per Image. If the cancellation notice is received more n seven (7) but less than thirty (30) business days after the invoice te, a cancellation fee equal to fifty (50%) percent of the amount of the oice will be charged. AFTER THIRTY DAYS, NO CANCELLATIONS WILL ACCEPTED AND THE FULL AMOUNT OF THE INVOICE MUST BE PAID. any cancellations, you must also pay the full service charge, duction fee, processing and handling fee and shipping fee. No license use the Image will be granted upon cancellation; all cancellations are al.

ples: At Corbis' request, you shall provide to Corbis free of charge, up three (3) copies of any printed product or publication you create using Images, or if electronic use is permitted, the URL and any required sswords or the screen captures for our records.

blication Right: Corbis shall exclusively retain all publication rights to Image(s) notwithstanding your use of our Images.

demnification: You agree to indemnify and defend Corbis against all ims (including without limitation claims by third parties), liability, mages, costs and expenses, including reasonable legal fees and penses, arising out of or related to (i) a breach of this Agreement and y Image restrictions, (ii) the modification of any Image or if it is used combination with any other material, (iii), your failure to abide by any triction regarding the use of an Image.

edit Line and Copyright Notice: For editorial uses, you shall include copyright notice and photo credit adjacent to each Image (in the mat: "© photographer's name/Corbis" or as specified on the Corbis line site) with each publicly distributed Image. Receiving credit is a terial aspect of the Agreement for Corbis, and in editorial uses of ages, you agree to pay triple the invoice amount if you do not provide h credit and copyright notice. For commercial uses, you shall include credit described above when customary and appropriate.

rbis Trademarks: Except for credits as required above, you may not the trademarks or service marks of Corbis without Corbis' prior itten consent.

oice of Law / Jurisdiction / Attorneys' Fees: Any dispute arding this Agreement shall be governed by the laws of the State of w York and Titles 15, 17, and 35 of the U.S.C., as amended, and the rties agree to accept the exclusive jurisdiction of the state and federal rts located in New York, USA, regardless of conflicts of laws. This reement shall not be governed by the United Nations Convention on ntracts for the International Sale of Goods, the application of which is pressly disclaimed. The parties hereto confirm that it is their wish that s Agreement as well as any other documents relating hereto, including tices, has been and shall be written in the English language (Les rties aux presentes confirment leur volonte que cette le convention de me que tous les documents y compris y tout avis qui s'y rattache ent rediges en langue anglaise). In any dispute between Corbis and u , the prevailing party shall be entitled to recover its reasonable orneys' fees, legal expert fees, court costs, and other legal expenses.

Confidentiality of this Agreement: Corbis may provide you with certain pricing, technical, marketing and other confidential information. You acknowledge that such confidential information encompasses valuable trade secrets and is proprietary to Corbis, and you shall maintain the confidentiality of any "confidential information" that Corbis may provide to you, and you shall not use or disclose the same without the prior written consent of Corbis. "Confidential information" includes any information that is either designated as confidential by Corbis or that, under the circumstances surrounding the disclosure, ought in good faith to be treated as confidential by you. Notwithstanding the foregoing, you shall have no obligation to treat as confidential, information and material which (i) was in the possession of or known by you at the time of disclosure without an obligation to maintain its confidentiality prior to its receipt; (ii) is or becomes known to the public without violation of this Agreement; (iii) is disclosed lawfully to you by a third party who, to the best of your knowledge, has the right to disclose it without an obligation of confidentiality; (iv) is independently developed by you; (v) is approved in writing by Corbis for disclosure; or (vi) is required to be disclosed by law or court order, provided that prior to written notice of such required disclosure and an opportunity to oppose or limit disclosure is given to Corbis.

**Limited Warranty:** Subject to the restrictions and limitations contained in Corbis' online site, an invoice, or under this Agreement, Corbis warrants that it has sufficient rights to grant you the limited license under this Agreement and any accompanying invoice. Additionally, Corbis warrants that the digital copy of the Image provided by Corbis to you will be free from defects in material and workmanship (but not visual artifacts inherent in the original Image) for ninety (90) days following delivery.. WHILE CORBIS MAKES EFFORTS TO USE ACCURATE CAPTION INFORMATION, CORBIS DOES NOT WARRANT THAT CAPTION INFORMATION IS ACCURATE. CORBIS PROVIDES YOU WITH ITS ONLINE SYSTEM ON AN "AS IS" BASIS. CORBIS MAKES NO OTHER WARRANTY, EXPRESS OR IMPLIED REGARDING ANY IMAGES, ITS ONLINE SYSTEMS, OR ANY RIGHTS OR LICENSES UNDER THIS AGREEMENT INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

**Limitation of Liability:** EXCEPT FOR ANY LIABILITY WHICH CANNOT BY LAW BE EXCLUDED OR LIMITED, NEITHER CORBIS NOR ANY CORBIS AFFILIATE SHALL BE LIABLE TO YOU OR ANY OTHER THIRD PARTY CLAIMING THROUGH IT FOR, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF, OR RELATING TO THE USE OR INABILITY FOR YOUR USE OF THE IMAGES, WHETHER FRAMED AS A BREACH OF WARRANTY OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE, IN TORT, CONTRACT, FAILURE OF ESSENTIAL PURPOSE, OR OTHERWISE. IN NO EVENT SHALL CORBIS' OR ITS AFFILIATES' LIABILITY FOR YOUR USE OF ANY IMAGE PROVIDED HEREUNDER EXCEED ONE MILLION DOLLARS ($1,000,000.00) AGGREGATE.

**Miscellaneous:** You acknowledge that you have read this Agreement and understand it, and agree to be bound by all its terms and conditions. This Agreement and any listed restrictions constitute the entire agreement between the parties with respect to the subject matter hereof and merge all prior and contemporaneous communications. This Agreement shall not be modified except by a written agreement signed by duly authorized representatives of Corbis, provided that no purchase order or similar document issued by you shall modify this Agreement even if signed by Corbis. If either party's performance of any of its obligations hereunder is delayed by labor dispute, war, governmental action, flood, fire, explosion or other act of nature, the public enemy, or any other matter not within it's reasonable control, then the date for performance shall be extended by the time of such delay. If any provision of this Agreement is found invalid or unenforceable, the remainder of this Agreement shall remain valid and enforceable according to its terms. The parties intend that the provisions of this Agreement be enforced to the fullest extent permitted by applicable law. Accordingly, the parties agree that if any provisions are deemed not enforceable, they shall be deemed modified to the extent necessary to make them enforceable and in such manner as comes closest to the intentions of the parties to this Agreement as is possible. This Agreement will inure to the benefit of and be binding upon the parties, their successors and assigns, except that you may not assign or transfer this Agreement without Corbis' prior written consent except as permitted herein.

Initials:
You:
Corbis: