UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH SOHM,

                     Plaintiff,           16-CV-7098 (JPO)

           -v-                           ORDER

SCHOLASTIC, INC.,

                    Defendant.

J. PAUL OETKEN, District Judge:

    Counsel for the parties are directed to appear for a status conference on May 1, 2018, at 4:00 p.m.

SO ORDERED.

Dated: April 18, 2018
       New York, New York

                                      J. PAUL OETKEN
                               United States District Judge