# Frankfurt Kurnit Klein + Selz PC

**Edward H. Rosenthal**

488 Madison Avenue, New York, New York 10022

T (212) 826 5524   F (347) 438 2114

erosenthal@fkks.com

May 3, 2018

**VIA ECF**

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 706
New York, New York  10007

      Re:   *Joseph Sohm v. Scholastic Inc.*, 16 Civ. 07098 (JPO/RLE)

Dear Judge Oetken:

      We represent defendant Scholastic Inc. ("Scholastic") in the above-captioned action. During the Status Conference in this matter, held on May 1, 2018 (the "Conference"), the Court set a September 10, 2018 trial date.  Although it did not occur to Scholastic during the Conference, September 10, 2018 is the first day of Rosh Hashanah.

      Given the holiday, and Yom Kippur, which begins on the evening of September 18, Scholastic respectfully requests that the trial date be adjourned to a date at the Court's convenience after September 19, 2018.   We have consulted with counsel for Plaintiff Joseph Sohm, who consents to this adjournment.  This is the first request for an adjournment of the trial date.

      Respectfully submitted,

      Edward H. Rosenthal

cc:   All Counsel (via ECF)