Christopher Seidman
Harmon Seidman Bruss & Kerr, LLC
101 South Third Street, Suite 265
Grand Junction, CO 81501
Phone: (970) 245-9075
Fax: (970) 245-8086
chris@harmonseidman.com
*Attorneys for Plaintiff Joseph Sohm and Visions of America, LLC*

Edward H. Rosenthal
Nicole Bergstrom
Frankfurt Kurnit Klein & Selz, P.C.
488 Madison Avenue, 10th Floor
New York, NY 10022
Phone: (212) 980-0120
Fax: (212) 593-9175
erosenthal@fkks.com
*Attorneys for Defendant Scholastic Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH SOHM and VISIONS OF AMERICA, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SCHOLASTIC INC.,<br><br>　　　　Defendant. | CASE NO. 16-CV-7098 (JPO)<br><br>**JOINT STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE, AND MOTION FOR ENTRY OF FINAL JUDGMENT** |

1

**IT IS HEREBY STIPULATED**, by and between Plaintiff Joseph Sohm and Visions of America, LLC ("Sohm") and Defendant Scholastic Inc. ("Scholastic"), through their respective counsel, that the claims not dismissed by the Court's March 29, 2018 Order, Docket Number 94, (Use Numbers 68-71, 85-96, 98-104, and 115-117 of Docket Number 74-1) be and hereby are **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and a settlement reached by the parties. All parties have signed this stipulation and shall bear their own respective attorneys' fees and costs regarding the claims stipulated herein to be dismissed with prejudice.

The settlement reached by the parties does not affect the claims dismissed by the Court's March 29, 2018 Order (Use Numbers 1 through 56, 57-67, 72-84, 97, 105, and 109-114 of Docket Number 74-1). Thus, and in order to permit the parties to appeal the Court's March 29, 2018 Order, Sohm and Scholastic jointly request the Court enter final judgment with respect to the claims dismissed by the Court's Order at Docket Number 94.

Dated this 13th day of June, 2018.

| By: | By: |
|---|---|
| *[signature]* | *[signature]* |
| Christopher Seidman | Edward H. Rosenthal |
| Harmon Seidman Bruss & Kerr, LLC | Nicole Bergstrom |
| 101 South Third Street, Suite 265 | Frankfurt Kurnit Klein & Selz, P.C. |
| Grand Junction, CO 81501 | 488 Madison Avenue, 10th Floor |
| Phone: (970) 245-9075 | New York, NY 10036 |
| Fax: (970) 245-8086 | Phone: (212) 980-0120 |
| chris@harmonseidman.com | Fax: (212) 593-9175 |
| *Attorneys for Plaintiff Joseph Sohm and Visions of America, LLC* | erosenthal@fkks.com |
| | *Attorneys for Defendant Scholastic Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June __13, 2018, I caused the foregoing pleading to be filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record.

s/   Alex Kerr, Harmon Seidman Bruss & Kerr