```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOSEPH SOHM and VISIONS OF AMERICA, LLC, :
:
                             Plaintiffs, :
:       16-CV-7098 (JPC) (SDA)
      -v- :
:       NOTICE OF
SCHOLASTIC INC., :       <u>REASSIGNMENT</u>
:
                            Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at [https://www.nysd.uscourts.gov/hon-john-p-cronan](https://www.nysd.uscourts.gov/hon-john-p-cronan)**. The parties are hereby referred to the Honorable Stewart D. Aaron for settlement. No later than fourteen days after the conclusion of settlement discussions before Judge Aaron, the parties shall file a joint status letter reporting on the results of those discussions.

       SO ORDERED.

Dated: October 20, 2020
       New York, New York                                JOHN P. CRONAN
                                                                   United States District Judge