UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSEPH SOHM, :
:
                Plaintiff, :      16 Civ. 7098 (JPC)
:
        -v- :      <u>ORDER</u>
:
SCHOLASTIC, INC., :
:
                Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the conference earlier, the parties should be ready for trial in this case on February 22, 2022. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by December 17, 2021. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by January 14, 2022. Parties should submit courtesy copies of documentary evidence in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by January 28, 2022. The parties shall appear for a final pretrial conference on February 15, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: September 24, 2021
       New York, New York
                                          _____
                                              JOHN P. CRONAN
                                            United States District Judge