```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH SOHM and VISIONS OF AMERICA, LLC,                               :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :    16 Civ. 7098 (JPC)
        -v-                                                            :
                                                                       :           ORDER
SCHOLASTIC INC.,                                                       :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 24, 2021, the Court scheduled this case to be ready for trial to begin on or about February 22, 2022. By no later than November 5, 2021, the parties shall submit a joint letter to the Court with their current views on whether they still expect the case to proceed to trial as scheduled.

SO ORDERED.

Dated: October 25, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge